IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE CLEVER FACTORY, INC. | ) |
| | ) |
| v. | ) NO. 3:08-1056 |
| | ) JUDGE CAMPBELL |
| RITE AID CORPORATION, et al. | ) |

ORDER

The Court has received a Notice of Acceptance of Offer of Judgment (Docket No. 7), in which Plaintiff accepts an Offer of Judgment from Defendants Rite Aid Corporation and Kingsbridge International, Inc. Plaintiff requests that the Court enter a Final Order of Judgment against these two Defendants for Thirty-Six Thousand Dollars ($36,000.00).

Pursuant to Fed. R. Civ. P. 68 and Local Rule 68.01, final judgment is entered against Defendants Rite Aid Corporation and Kingsbridge International, Inc., jointly and severally, for a total amount of $36,000.

There is no indication that the remaining Defendant, Jiande Bedding Articles Limited, has been served with this action or that anyone has entered an appearance on this Defendant's behalf. The case against Defendant Jiande Bedding Articles Limited is referred to the Magistrate Judge for further customized case management.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE